# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

PATRICIA PAMELA SHAW,

                Plaintiff,                20 **CIVIL** 5123 (JLC)

      -against-                    **JUDGMENT**

KILOLO KIJAKAZI,
Acting Commissioner, Social Security Administration,

                Defendant.

---------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Opinion and Order dated August 11, 2021, Shaw's motion for judgment on the pleadings is granted and the Commissioner's cross-motion is denied. The case is remanded for further proceedings consistent with this Opinion.

**Dated:** New York, New York
         August 12, 2021

                                              **RUBY J. KRAJICK**
                                                   Clerk of Court
                                    BY:
                                                       **Deputy Clerk**